1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES VAN DYKE in his individual          No.  2:18-cv-2531 MCE DB
      capacity; JAMES VAN DYKE and
12    CONNIE JEROME as Trustees of the Van
      Dyke's Rice Dryer Profit Sharing Plan,
13                                              ORDER

14                     Plaintiffs,

15          v.

16    BALANCE POINT RETIREMENT
      ANALYTICS, LLC,
17

18                     Defendants.

19

20          On October 19, 2020, the undersigned issued an Order for Appearance and Examination

21    of Judgment Debtor Mary Claire Barnack.  (ECF No. 23.)  The order explained that the

22    examination was to be conducted via Zoom and contained the necessary login information.  (Id. at

23    12.)  Mary Barnack was personally served with a copy of the October 19, 2020 order on

24    November 16, 2020.  (ECF No. 24.)

25          On January 15, 2021, the matter came before the undersigned pursuant to Local Rule

26    302(c)(11) for the judgment debtor examination.  Attorney Matt Powell appeared on behalf of the

27    plaintiffs/judgment creditors.  No appearance was made by, or on behalf of, Mary Barnack.

28    Attorney Julia Young appeared on behalf of Robert Barnack, Mary Barnack's husband and the

1  defendant in related action <u>Connie Jerome, et al., v. Robert Scott Barnack</u>, No. 2:19-cv-0073
2  MCE DB.

3       The failure of a party to comply with the Local Rules or any order of the court "may be
4  grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or
5  within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or
6  herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and
7  all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be
8  grounds for dismissal or any other sanction appropriate under the Local Rules.  <u>Id.</u>

9       In the interests of justice, the undersigned will provide the judgment debtor with a final
10 opportunity to show good cause for their conduct before issuing sanctions.

11      Accordingly, IT IS HEREBY ORDERED that:

12      1.  Within fourteen days of the date of this order the judgment creditors shall serve a copy
13 of this order on Mary Barnack;

14      2.  Within seven days of service on Mary Barnack the judgment creditor shall file proof of
15 service of this order;

16      3.  Within fourteen days of being served with this order Mary Barnack shall show cause in
17 writing as to why Mary Barnack should not be sanctioned for failing to appear;

18      4.  Mary Barnack shall appear on **Friday, March 5, 2021, at 10:00 a.m.**, at the United
19 States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the
20 undersigned[1]; and

21 ////

22 ////

23 ////

24 ////

---

[1] Mary Barnack shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange to appear either telephonically or via Zoom. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over Zoom.

1        4.  Mary Barnack is cautioned that the failure to timely comply with this order may result

2    in the imposition of sanctions.

3    Dated:  January 19, 2021

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\vandyke2531.osc

3